PETER A. BINKOW #173848
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Plaintiffs and The Class

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 12 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 AUG 19 PM 2:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE CERTIFIED CLASS IN IN RE REAL ESTATE ASSOCIATES LIMITED PARTNERSHIP LITIGATION ("CERTIFIED CLASS"), CHIMICLES & TIKELLIS LLP AND NICHOLAS E. CHIMICLES AS ESCROW AGENT FOR THE CERTIFIED CLASS, AND GOODKIND LABATON RUDOFF & SUCHAROW LLP AND LAWRENCE A. SUCHAROW AS ALTERNATE ESCROW AGENT FOR THE CERTIFIED CLASS,<br>Plaintiffs,<br>v.<br>EVEREST MANAGEMENT LLC, et al.<br>Defendants. | Case No. CV 04-8202 DDP (AJWx)<br><br>**[~~PROPOSED~~] ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT**<br><br>Hearing Date: September 12, 2005<br>Hearing Time: 10:00 a.m.<br>Hon. Dean D. Pregerson |

DOCKETED ON CM
SEP 13 2005
BY 012

GOOD CAUSE APPEARING, the Court finds that the complaint in this action was filed in this Court on September 30, 2004; that Plaintiff served the summons and complaint on all Defendants on December 7, 2004; and that no answer, appearance or other defense has been filed by any of the Defendants listed below. Defendants are not in military service and none are an infant or incompetent. As such the Court hereby enters Default against the Defendants listed below and

28

ORIGINAL

enters Default Judgment against the Defendants listed below, who thereby relinquish their respective claims to the funds interpled in this action, as reflected below:

| Name of Default Defendant | Amount of Relinquished Claim |
|---|---|
| 1. Christine Epp & Monica Seaton, Prs. Reps, Estate of Gladys Seaton; | $ 1,285.54 |
| 2. David Jencks; | $ 514.22 |
| 3. Norman M. & Jeanne E. Sherer; | $ 359.95 |
| 4. Richard Floyd & Patricia Jean Keiger; | $ 257.11 |
| 5. Robert J. & Claudia A. Barner; | $ 514.22 |
| 6. Shirley J. Scott; | $ 514.22 |
| 7. Walter D. Gundel; | $ 514.22 |
| 8. Blanton & Co. Attn: Rex E. Willoughby; | $ 2,383.81 |
| 9. Richard G. Morgan; | $ 1,787.86 |
| 10. Richard I. & Marilynn Rowen; | $ 2,979.76 |
| 11. Alice M. Maynard; | $ 1,520.84 |
| 12. Eugene Bernard/Rita Cofsky, Ttees Cofsky 1988 Tr Dtd 12/08/88; | $ 760.42 |
| 13. Harald E. & Ingeborg L. Rohlig; | $ 1,520.84 |
| 14. James R. Pinkham, M.d.; | $ 1,520.84 |
| 15. James R. Trowbridge, Executor Estate of C Robertson Trowbridge; | $ 13,687.58 |
| 16. John L. Prehn, Jr.; | $ 760.42 |
| 17. Margaret E. Herlin (aka Margaret Harter); | $ 3,802.11 |
| 18. Martha M. Brownell; | $ 4,562.53 |
| 19. Mary Ann Sawyer; | $ 760.42 |
| 20. Morris Obodov; | $ 7,604.21 |
| 21. Norris C. Knight; | $ 30,416.85 |
| 22. PNC Advisors Succ-Ttee FBO Mary E.T. Davies Tr U/a 3/16/87 Attn: David Maher, Trust; | $ 760.42 |

| Name of Default Defendant | Amount of Relinquished Claim |
|---|---|
| 23. Susan L. Fechner; | $ 760.42 |
| 24. Warren Howard Rieders; | $ 760.42 |
| 25. William F. Luther; | $ 760.42 |
| 26. Willie F. & Donna Bangs; | $ 1,520.84 |
| 27. Carol Lee Stober; | $ 1,700.75 |
| 28. Charles G. & Virginia A. Peterson; | $ 9,070.64 |
| 29. Darrell R. Dean; | $ 1,133.83 |
| 30. Donald W. Homan; | $ 1,133.83 |
| 31. Dorothy F. & Alan F. Meyers; | $ 1,133.83 |
| 32. James W. Hughes; | $ 2,267.66 |
| 33. Jerald D./Virginia C. Lack, Ttee, J.d./v.c. Lack Tr Dtd 5/6/83; | $ 1,133.83 |
| 34. Liv Trust of Charles E./Betty J. Buck C.e./b.j. Buck Ttees/Ttrs; | $ 566.92 |
| 35. Oliver F. Baldwin, Executor FBO the Kathleen Baldwin Estate; | $ 1,020.45 |
| 36. Oliver R. & Kristine Macintosh; | $ 566.92 |
| 37. Patricia Conn; | $ 377.96 |
| 38. Paul M. & Elaine H. Davis; | $ 1,133.83 |
| 39. Robert G. Hutfliess, Trustee Hildegard Gaumer Suvivor's Trust c/o Lauara W. Patton; | $ 1,133.83 |
| 40. Stella A. Kemp; | $ 566.92 |
| 41. The Barks Fam. Tr Dtd 2/21/90 Clyde M./emma H. Barks Co-Ttees; | $ 4,535.32 |
| 42. Virginia A. & Robert M. Malbon; | $ 2,267.66 |
| 43. Donald J. & Carol Z. Nieglos; | $ 2,025.17 |
| 44. Elizabeth H. Kenney; | $ 2,025.17 |
| 45. Ephraim & Nancy Graff; | $ 675.06 |
| 46. Gerald B. & Janet H. Mcdonald; | $ 675.06 |

| Name of Default Defendant | Amount of Relinquished Claim |
|---|---|
| 47. Gordon Dady; | $ 675.06 |
| 48. Jack D. & Gundelind K. Cyrus; | $ 1,350.11 |
| 49. John F. Taylor; | $ 2,025.17 |
| 50. Karl J. & Tanya E. Deblitz; | $ 675.06 |
| 51. Lawrence G. Steele; | $ 1,350.11 |
| 52. Lilian Nealon-rother; | $ 675.06 |
| 53. Nicholas Gutfeld; | $ 2,700.23 |
| 54. Richard M. & Nancy M. Fitch; | $ 2,700.23 |
| 55. William P./Helen W. Leong, Ttee, FBO w.p./h.w. Leong Ua 9/17/77; | $ 4,050.34 |
| 56. Birum G. Campbell; | $ 304.45 |
| 57. Clyde W. & Carolyn K. Anderson; | $ 304.45 |
| 58. Curtis Wayne & Norma C. Ray; | $ 608.90 |
| 59. David E. & Joanne M. Gonitzke; | $ 913.34 |
| 60. Frank R. Engler Sr. Rev Tr u/g/a/ Dtd 12/13/82 as Amd.; | $ 1,217.79 |
| 61. Glenn S. & Lynn Swanson; | $ 304.45 |
| 62. James F. Morrin; | $ 304.45 |
| 63. Janice Brackin Tucker; | $ 304.45 |
| 64. Jeffrey P. Dishart; | $ 608.90 |
| 65. Julia Bottom; | $ 913.34 |
| 66. Lillian R. Brumley; | $ 913.34 |
| 67. Philip & Doris Schwartz; | $ 913.34 |
| 68. Richard F. & Mary Savageau; | $ 304.45 |
| 69. Roland A. & Ruth V. Holmes; | $ 608.90 |
| 70. Ruth Alma Benart, Ttee the Benart Fam Trust Dtd 5/4/90; | $ 913.34 |
| 71. Tseng K. & Elizabeth L. Chow; | $ 913.34 |
| 72. Wayne T. & Carol L. Robinson; | $ 304.45 |
| 73. Aime & Lise Dutil; | $ 342.01 |

| Name of Default Defendant | Amount of Relinquished Claim |
|---|---|
| 74. Barry S. & Arlene Meyers; | $ 684.01 |
| 75. Brent L. Thomas and/or Sandra A. Thomas; | $ 1,368.02 |
| 76. David A. Webb; | $ 1,368.02 |
| 77. Ferdinand J. & Emeline Maggiore; | $ 1,368.02 |
| 78. Gerald J. & Rotha G. Whiting; | $ 684.01 |
| 79. Irene R. Draesel; | $ 684.01 |
| 80. Jeannette E. Ross; | $ 342.01 |
| 81. John F. & Jane H. Malloy; | $ 684.01 |
| 82. Joseph D. & Ellen E. Welch; | $ 342.01 |
| 83. Louis W. & Deborah M. Skubic; | $ 1,368.02 |
| 84. Marjorie Moed; | $ 342.01 |
| 85. Milton H. & Marguerite Campbell; | $ 342.01 |
| 86. Neil R. & Pamela J. Chadwick-Jones; | $ 684.01 |
| 87. Richard D. & Deborah Liedke; | $ 342.01 |
| 88. Sylvia Gudel; | $ 684.01 |
| 89. Warren & Patricia Beaulieu; | $ 684.01 |
| 90. William Sadowsky. | $ 684.01 |
| | |

Dated: 9-12, 2005

Hon. Dean D. Pregerson
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 18, 2005, I served the following documents described as:

1. **PLAINTIFFS' MOTION AND NOTICE OF MOTION TO ENTER DEFAULT AND FOR DEFAULT JUDGMENT**

2. **DECLARATION OF PETER A. BINKOW IN SUPPORT OF PLAINTIFFS' MOTION AND NOTICE OF MOTION TO ENTER DEFAULT AND FOR DEFAULT JUDGMENT**

3. **[PROPOSED] ORDER ENTERING DEFAULT BY CLERK**

on counsel for the parties in this action, addressed as follows:

Dennis A. Kendig, Esq.
Daniel L. Germain, Esq.
815 Moraga Drive
Los Angeles, CA 90049

Mr. Joseph Freedman
1413 N. Buchanan Street
Arlington, VA 22205

VIA UPS OVERNIGHT DELIVERY

Candice L.H. Hegedus
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

VIA U.S. MAIL

**By U.S. Mail and/or Overnight Delivery**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service and/or the carrier's drop box. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service and/or the designated carrier that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 18, 2005, at Los Angeles, California.

Kyaa Heller